1  BENJAMIN B. WAGNER
   United States Attorney
2  JARED D. RENFRO
   Special Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone (559) 497-4000
5

6  Attorneys for the
   United States of America
7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )  CASE NO.: 1:11 CR 00278 GSA
                                    )
11         Plaintiff,                )
                                    )  VIOLATIONS:  18 U.S.C.
12    v.                            )  § 1030(a)(2)(B) - Unauthorized
                                    )  Access to Computer (10 Counts)
13 LETA J. ERTELL,                  )
                                    )  26 U.S.C. § 7213A -
14         Defendant.                )  Unauthorized Inspection of
                                    )  Returns or Return Information
15                                  )  (3 Counts)
                                    )
16                                  )  [Class A Misdemeanors]

17                          I N F O R M A T I O N

18 COUNTS ONE THROUGH TEN:  [18 U.S.C. § 1030(a)(2)(B) - Unauthorized
   Access to Computer]
19

20      The United States Attorney charges:  T H A T

21                         LETA J. ERTELL,

22 defendant herein, on or about September 18, 2006, on or about

23 August 29, 2006, on or about October 2, 2006, on or about

24 February 23, 2007, on or about February 12, 2010, and on or about

25 February 19, 2010, in the County of Fresno, State and Eastern

26 District of California, did intentionally access a computer and

27 exceed her authorized access, and thereby obtained information

28 from a department and agency of the United States, to wit:  while

                                    1

1 an employee of the Internal Revenue Service("IRS"), serving as a
2 File Clerk, the defendant accessed, without authorization, the
3 following electronically stored federal tax information on the
4 Internal Revenue Service's electronic system:

| COUNT | DATE | TAXPAYER |
|---|---|---|
| One | 09/18/2006 | W.R. |
| Two | 02/12/2010 | T.R. |
| Three | 02/12/2010 | W.R. |
| Four | 02/19/2010 | T.R. |
| Five | 08/29/2006 | B.N. |
| Six | 02/23/2007 | R.L. |
| Seven | 09/18/2006 | K.A. |
| Eight | 10/2/2006 | K.S. |
| Nine | 10/2/2006 | K.S. |
| Ten | 10/2/2006 | K.S. |

15 / / /
16 All in violation of Title 18, United States Code, Section
17 1030(a)(2)(B).
18 COUNTS ELEVEN THROUGH THIRTEEN: [26 U.S.C. § 7213A - Unauthorized Inspection of Returns or Return Information]
19
20 The United States Attorney charges: T H A T
21 LETA J. ERTELL,
22 defendant herein, on or about February 12, 2010, and on or about
23 February 19, 2010, in the County of Fresno, State and Eastern
24 District of California, did willfully inspect a return or return
25 information without authorization to wit: while an employee of
26 the IRS, serving as a File Clerk, the defendant inspected,
27 without authorization, the following electronically stored
28 federal tax information on the Internal Revenue Service's

1  electronic system:

| COUNT | DATE | TAXPAYER |
|---|---|---|
| Eleven | 02/12/2010 | T.R. |
| Twelve | 02/12/2010 | W.R. |
| Thirteen | 02/19/2010 | T.R. |

/ / /

All in violation of Title 26, United States Code, Section 7213A.

DATED: August 24, 2011           BENJAMIN B. WAGNER
                                 United States Attorney

                                 By: /s/
                                 JARED D. RENFRO
                                 Special Assistant U.S. Attorney