# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California



FILED
OCT 24 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _LJA_ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 1:11-CR-00278-SAB |
| LETA JORETTA ERTELL, | ) |

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) The defendant must appear at: U.S. DISTRICT COURT, 2500 TULARE ST.,
*Place*

U.S. MAGISTRATE JUDGE STANLEY A. BOONE in courtroom 9 – 6th Floor

on DECEMBER 1, 2016 at 9:00 am
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

- See attachment.

Date: 10/24/16

*Defendant's signature*

Date: 10/24/2016

*Judicial Officer's Signature*

STANLEY A. BOONE, U.S. Magistrate Judge
*Printed name and title*

CC: Defendant, US Marshal
U.S. Attorney, Fed Defender
US Probation

USA v. LETA JORETTA ERTELL             page 2 of 2

1:11-CR-00278-SAB

Additional conditions of Release:

1. Reside at an address pre-approved by the Court. U.S. Attorney is to verify address.
2. Seek, maintain employment and provide proof within one week and if any change of employment, advise the Court & counsel within 48 hours of any change in employment status.