# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LETA JORETTA ERTELL,<br><br>　　　　Defendant. | Case No. 1:11-cr-00278-SAB<br><br>ORDER SETTING SUPPLEMENTAL BRIEFING SCHEDULE |

On October 28, 2016, Defendant Leta Joretta Ertell ("Defendant") filed a motion to dismiss the petition for violation of probation for lack of jurisdiction. (ECF No. 32.) Plaintiff United States of America ("Plaintiff" or "the Government") filed an opposition on November 14, 2016. (ECF No. 34.) Defendant filed a reply on November 21, 2016. (ECF No. 35.) Defendant's motion was submitted to this Court upon Defendant's consent to proceed before a United States Magistrate Judge, filed on September 22, 2011. (ECF No. 6.)

The matter was heard on December 7, 2016. Erin Snider appeared on behalf of Defendant. Michael Tierney appeared on behalf of the Government. Following the hearing, the Court received a request from defense counsel to be allowed to provide supplemental briefing on courts' application of equitable tolling to jurisdictional statutes. The Court shall grant the request and sets the following supplemental briefing schedule.

/ / /

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Defendant shall file a supplemental brief addressing the application of equitable tolling to jurisdictional statutes on or before Friday, December 9, 2016;

2. Plaintiff shall file a supplemental opposition on or before close of business on Tuesday, December 12, 2016; and

3. The matter shall be deemed submitted upon receipt of Plaintiff's supplemental opposition or at the close of business on December 12, 2016 if no supplemental opposition is filed.

IT IS SO ORDERED.

Dated:   **December 7, 2016**

UNITED STATES MAGISTRATE JUDGE