# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>LETA JORETTA ERTELL,<br><br>       Defendant. | Case No. 1:11-cr-00278-SAB<br><br>ORDER AMENDING ORDER SETTING SUPPLEMENTAL BRIEFING SCHEDULE<br><br>(ECF No. 38) |

On December 7, 2016, the Court issued an order setting a supplemental briefing schedule for Defendant's motion to dismiss. Due to a clerical error, the order directed Plaintiff to file a supplemental opposition on or before close of business on Tuesday, December 12, 2016.

Accordingly, IT IS HEREBY ORDERED that the December 7, 2016 order setting a supplemental briefing schedule is amended at 2:4-8 as follows:

2. Plaintiff shall file a supplemental opposition on or before close of business on Tuesday, December 13, 2016; and

3. The matter shall be deemed submitted upon receipt of Plaintiff's supplemental opposition or at the close of business on December 13, 2016, if no supplemental opposition is filed.

IT IS SO ORDERED.

Dated:  **December 12, 2016**

UNITED STATES MAGISTRATE JUDGE

1