# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **LETA JORETTA ERTELL** | Criminal Number: **1:11CR00278-001** |
| | Defendant's Attorney: Erin Snider, Appointed |

**THE DEFENDANT:**

[✓] admitted guilt to violation of charges ___1 & 2___ as alleged in the violation petition filed on ___10/5/2016___.

[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge One | The defendant has failed to show proof she completed 50 hours of community service. | |
| Charge Two | The defendant failed to appear for a review hearing on June 14, 2012 at 10 a.m. | |

The court: [✓] revokes: [✓] modifies: [ ] continues under same conditions of supervision heretofore ordered on ___11/10/2011___.

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/12/2017
Date of Imposition of Sentence

/s/ Gary S. Austin
Signature of Judicial Officer

**Gary S. Austin**, United States Magistrate Judge
Name & Title of Judicial Officer

5/15/2017
Date

# PROBATION

The defendant is hereby sentenced to probation for a term of :
1 Year.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant's probation shall be unsupervised by the probation office.
2. The Defendant is ordered to obey all federal, state, and local laws.
3. The Defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
4. The Defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 1 day, with credit served for 1 day in custody.
5. The Defendant is ordered to personally appear for a **Probation Review Hearing on 8/14/2017 at 2:00 pm before U.S. Magistrate Judge Barbara A. McAuliffe**. A joint status report regarding the Defendant's performance on probation shall be filed 7 days prior to the Probation Review.
6. The Defendant shall complete 75 hours of community service. The Defendant shall perform and complete at least one-half of the community service hours by 8/14/2017 and provide proof to the court.