HEATHER E. WILLIAMS, CA #122664
Federal Defender
ERIN SNIDER, CA #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
LETA JORETTA ERTELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cr-00278-SAB |
| Plaintiff, | STIPULATION TO VACATE REVIEW HEARING AND TERMINATE PROBATION; ORDER |
| vs. | |
| LETA JORETTA ERTELL, | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, Assistant United States Attorney Michael G. Tierney, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Leta Joretta Ertell, that the review hearing scheduled for May 4, 2018, at 2:00 p.m. may be vacated and that Ms. Ertell's term of probation may be terminated.

At the last review hearing on March 1, 2018, defense counsel informed the Court that Ms. Ertell needed to complete an additional 18 hours of community service. *See* Docket No. 53. The Court set the matter for a further review hearing on May 4, 2018, by which time Ms. Ertell was to have completed her remaining community service hours. *See* Docket No. 53.

On April 27, 2018, defense counsel filed a status report, indicating that Ms. Ertell had completed 59.5 hours of community service. *See* Docket No. 54.

Since submitting the April 27, 2018 status report, defense counsel has received proof that Ms. Ertell has now completed her community service hours. Defense counsel has provided the

government with such proof, and the government is in agreement that Ms. Ertell has completed her community service and otherwise complied with the terms of her probation.

In light of Ms. Ertell's compliance, the parties agree that the Court may vacate the review hearing scheduled for May 4, 2018, at 2:00 p.m. and terminate Ms. Ertell's term of probation.

          Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: May 3, 2018          */s/ Michael G. Tierney*
MICHAEL G. TIERNEY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: May 3, 2018          */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
LETA JORETTA ERTELL

## **O R D E R**

The review hearing scheduled for May 4, 2018, at 2:00 p.m. is hereby vacated and defendant Leta Joretta Ertell's term of probation is terminated.

IT IS SO ORDERED.

Dated: **May 3, 2018**          /s/ *Sheila K. Oberto*
          UNITED STATES MAGISTRATE JUDGE